# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                  §
                                        §
HARPER, KEIARA M                        §    Case No. 10-03323
                                        §
           Debtor(s)                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
         . The case was converted to one under Chapter 7 on              . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ .

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Robert B. Katz_____
               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-03323 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | HARPER, KEIARA M | Date Filed (f) or Converted (c): | 03/26/10 (c) |
| | | 341(a) Meeting Date: | 04/23/10 |
| For Period Ending: | 11/05/10 | Claims Bar Date: | 08/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Injury Settlement | 15,000.00 | 448,742.62 | | 448,742.62 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.03 | Unknown |
| 3. CHECKING ACCOUNT | 105.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS | 900.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 9. 2007 Dodge Charger | 10,600.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $28,505.00     $448,742.62     $448,804.65     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-03323 -ABG | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | HARPER, KEIARA M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2075 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8085 | | | |
| For Period Ending: | 11/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 07/20/10 | 1 | Treasurer of the City of Chicago | PI Settlement | | 1142-000 | 448,742.62 | | 448,742.62 |
| 07/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.070 | | 1270-000 | 7.62 | | 448,750.24 |
| 08/20/10 | 000101 | JOSEPH R. CURCIO<br>Curcio Law offices<br>161 N. Clark St.<br>Suite 2550<br>Chicago, IL 60601 | Per court order 8/18/10 | | | | 170,107.33 | 278,642.91 |
| | | | Fees | 148,846.83 | 3210-600 | | | |
| | | | Expenses | 21,260.50 | 3220-610 | | | |
| 08/20/10 | 000102 | Keiara M. Harper<br>10332 South Parkside, Unite 6<br>Oak Lawn, IL 60453 | DEBTOR'S EXEMPTION | | 8100-002 | | 15,000.00 | 263,642.91 |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.070 | | 1270-000 | 23.57 | | 263,666.48 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.070 | | 1270-000 | 15.17 | | 263,681.65 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.070 | | 1270-000 | 15.67 | | 263,697.32 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 448,804.65 | 185,107.33 | 263,697.32 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 448,804.65 | 185,107.33 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 448,804.65 | 170,107.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - *******2075 | 448,804.65 | 170,107.33 | 263,697.32 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 448,804.65 | 170,107.33 | 263,697.32 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 448,804.65 185,107.33

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 10-03323 -ABG | Trustee Name: | Robert B. Katz |
| Case Name: | HARPER, KEIARA M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2075  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8085 | | |
| For Period Ending: | 11/05/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - *******2075

Trustee's Signature:  /s/  Robert B. Katz    Date: 11/05/10
                     ROBERT B. KATZ

Page Subtotals        0.00        0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-03323 | | Page 1 | | Date: November 09, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | HARPER, KEIARA M | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 3210-00 | JOSEPH R. CURCIO<br>Curcio Law offices<br>161 N. Clark St.<br>Suite 2550<br>Chicago, IL 60601 | Administrative | | $170,107.33 | $170,107.33 | $0.00 |
| 001 3210-00 | David Brown<br>Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $2,632.50 | $0.00 | $2,632.50 |
| 001 3701-00 | Robert J. Semrad & Associats<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603 | Administrative | | $3,489.00 | $0.00 | $3,489.00 |
| 000002B 058 5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $10,490.25 | $0.00 | $10,490.25 |
| 050 4220-00 | Advocate Christ Hospital<br>c/o Randall Gelb<br>3101 W. 95th St<br>Evergreen Park, IL 60805 | Secured | | $3,294.00 | $0.00 | $3,294.00 |
| 050 4220-00 | Advance Ambulance<br>c/o Randall Gelb<br>3101 W. 95th St<br>Evergreen Park, IL 60805 | Secured | | $411.00 | $0.00 | $411.00 |
| 050 4220-00 | PRT as Assignee of the City of Chicago<br>PO Box 450279<br>Sunrise, FL 33345-9998 | Secured | | $481.00 | $0.00 | $481.00 |
| 050 4220-00 | Oaklawn Radiology<br>c/o Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | Secured | | $35.00 | $0.00 | $35.00 |
| 050 4220-00 | Superior Air Ground Ambulance Service<br>395 West Lake Street<br>Elmhurst, IL 60126 | Secured | | $141.33 | $0.00 | $141.33 |
| 000007B 050 4210-00 | Aaron's, Inc.<br>2800 Canton Road, Suite 900<br>Marietta, GA 30066 | Secured | | $2,068.25 | $0.00 | $2,068.25 |
| 000010 050 4210-00 | Sterling Inc. dba Kay Jewelers<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>965 Keynote Circle | Secured | | $1,162.02 | $0.00 | $1,162.02 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-03323
Debtor Name: HARPER, KEIARA M

Page 2
Claim Class Sequence

Date: November 09, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Brooklyn Hts, OH 44131 | | | | | |
| 999 8200-00 | KEIARA M HARPER<br>10332 SOUTH PARKSIDE, UNIT 6<br>OAK LAWN, IL 60453 | Unsecured | | $209,171.26 | $0.00 | $209,171.26 |
| 000001 070 7100-00 | Receivables Management Inc RMI Mortg<br>MCSI<br>Attn Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | | $1,150.00 | $0.00 | $1,150.00 |
| 000002A 070 7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $1,100.00 | $0.00 | $1,100.00 |
| 000003 070 7100-00 | Americash Loans LLC<br>880 Street Des Plaines, IL 60016#302 | Unsecured | | $646.38 | $0.00 | $646.38 |
| 000004 070 7100-00 | RentDebt Automated Collections, LLC<br>for The Laurels of Willow Hill<br>P.O. Box 17423<br>Nashville, TN 37217 | Unsecured | | $4,163.08 | $0.00 | $4,163.08 |
| 000005 070 7100-00 | Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515 | Unsecured | | $5,341.80 | $0.00 | $5,341.80 |
| 000006 070 7100-00 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | Unsecured | | $491.98 | $0.00 | $491.98 |
| 000007A 070 7100-00 | Aaron's, Inc.<br>2800 Canton Road, Suite 900<br>Marietta, GA 30066 | Unsecured | | $901.30 | $0.00 | $901.30 |
| 000008 070 7100-00 | City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1932<br>Chicago, IL 60654 | Unsecured | | $1,322.40 | $0.00 | $1,322.40 |
| 000009 070 7100-00 | PLS<br>9902 W. Western<br>Chicago, IL 60643 | Unsecured | | $2,697.68 | $0.00 | $2,697.68 |
| 000011 070 7100-00 | Bank of America NA<br>Recovery Management<br>11333 McCormick Rd<br>Hunt Valley, MD 21031 | Unsecured | | $251.16 | $0.00 | $251.16 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-03323 | | Page 3 | | | Date: November 09, 2010 |
| Debtor Name: | HARPER, KEIARA M | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Asset Acceptance, LLC assignee BALLY TOTAL FITNESS PO Box 2036 Warren, MI 48090 | Unsecured | | $421.95 | $0.00 | $421.95 |
| 000013 070 7100-00 | American Infosource Lp As Agent for Apria Healthcare PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $887.81 | $0.00 | $887.81 |
| | Case Totals: | | | $422,858.48 | $170,107.33 | $252,751.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-03323
Case Name: HARPER, KEIARA M
Trustee Name: Robert B. Katz

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Advocate Christ Hospital<br>c/o Randall Gelb<br>3101 W. 95th St<br>Evergreen Park, IL 60805 | $ | $ | $ | $ |
| | Advance Ambulance<br>c/o Randall Gelb<br>3101 W. 95th St<br>Evergreen Park, IL 60805 | $ | $ | $ | $ |
| | PRT as Assignee of the City of Chicago<br>PO Box 450279<br>Sunrise, FL 33345-9998 | $ | $ | $ | $ |
| | Oaklawn Radiology<br>c/o Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321 | $ | $ | $ | $ |
| | Superior Air Ground Ambulance Service<br>395 West Lake Street<br>Elmhurst, IL 60126 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Other: Robert J. Semrad & Associats | $ | $ | $ |
| Other: Robert J. Semrad & Associats | $ | $ | $ |
| Other: David Brown | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of the Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Receivables Management Inc RMI Mortg<br>MCSI<br>Attn Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | $ | $ | $ |
| 000002A | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000003 | Americash Loans LLC<br>880 Street Des Plaines, IL 60016#302 | $ | $ | $ |
| 000004 | RentDebt Automated Collections, LLC<br>for The Laurels of Willow Hill<br>P.O. Box 17423<br>Nashville, TN 37217 | $ | $ | $ |
| 000005 | Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515 | $ | $ | $ |
| 000006 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | $ | $ | $ |
| 000007A | Aaron's, Inc.<br>2800 Canton Road, Suite 900<br>Marietta, GA 30066 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | City of Chicago Department of Revenue c/o Arnold Scott Harris PC. 222 Merchandise Mart Plaza #1932 Chicago, IL 60654 | $ | $ | $ |
| 000009 | PLS 9902 W. Western Chicago, IL 60643 | $ | $ | $ |
| 000011 | Bank of America NA Recovery Management 11333 McCormick Rd Hunt Valley, MD 21031 | $ | $ | $ |
| 000012 | Asset Acceptance, LLC assignee BALLY TOTAL FITNESS PO Box 2036 Warren, MI 48090 | $ | $ | $ |
| 000013 | American Infosource Lp As Agent for Apria Healthcare PO Box 248838 Oklahoma City, OK 73124-8838 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Fund available for interest are $        . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $                .