UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HARPER, KEIARA M § Case No. 10-03323
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/22/2010 in Courtroom 613,

                        United States Courthouse
                        219 S. Dearborn
                        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/22/2010                    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
HARPER, KEIARA M § Case No. 10-03323
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 448,804.65 |
| and approved disbursements of | $ | 185,107.33 |
| leaving a balance on hand of[1] | $ | 263,697.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | Advocate Christ Hospital | $ 3,294.00 | $ 3,294.00 | $ 0.00 | $ 3,294.00 |
| | Advance Ambulance | $ 411.00 | $ 411.00 | $ 0.00 | $ 411.00 |
| | PRT as Assignee of the City of Chicago | $ 481.00 | $ 481.00 | $ 0.00 | $ 481.00 |
| | Oaklawn Radiology | $ 35.00 | $ 35.00 | $ 0.00 | $ 35.00 |
| | Superior Air Ground Ambulance Service | $ 141.33 | $ 141.33 | $ 0.00 | $ 141.33 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 4,362.33 |
| Remaining Balance | $ | 259,334.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ 14,501.41 | $ 0.00 | $ 14,501.41 |
| Other: Robert J. Semrad & Associats | $ 3,125.00 | $ 0.00 | $ 3,125.00 |
| Other: Robert J. Semrad & Associats | $ 364.00 | $ 0.00 | $ 364.00 |
| Other: David Brown | $ 2,632.50 | $ 0.00 | $ 2,632.50 |

Total to be paid for chapter 7 administrative expenses    $    20,622.91

Remaining Balance    $    238,712.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,490.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of the Treasury | $ 10,490.25 | $ 0.00 | $ 10,490.25 |

Total to be paid to priority creditors    $    10,490.25

Remaining Balance    $    228,221.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,375.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Receivables Management Inc RMI Mortg | $ 1,150.00 | $ 0.00 | $ 1,150.00 |
| 000002A | Department of the Treasury | $ 1,100.00 | $ 0.00 | $ 1,100.00 |
| 000003 | Americash Loans LLC | $ 646.38 | $ 0.00 | $ 646.38 |
| 000004 | RentDebt Automated Collections, LLC | $ 4,163.08 | $ 0.00 | $ 4,163.08 |
| 000005 | Illinois Tollway | $ 5,341.80 | $ 0.00 | $ 5,341.80 |
| 000006 | Premier BankCard/Charter | $ 491.98 | $ 0.00 | $ 491.98 |
| 000007A | Aaron's, Inc. | $ 901.30 | $ 0.00 | $ 901.30 |
| 000008 | City of Chicago Department of Revenue | $ 1,322.40 | $ 0.00 | $ 1,322.40 |
| 000009 | PLS | $ 2,697.68 | $ 0.00 | $ 2,697.68 |
| 000011 | Bank of America NA | $ 251.16 | $ 0.00 | $ 251.16 |
| 000012 | Asset Acceptance, LLC | $ 421.95 | $ 0.00 | $ 421.95 |
| 000013 | American Infosource Lp As Agent for | $ 887.81 | $ 0.00 | $ 887.81 |

Total to be paid to timely general unsecured creditors     $     19,375.54

Remaining Balance     $     208,846.29

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

       To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Fund available for interest are $ 69.77 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 208,776.52 .

                                              Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster              Page 1 of 2                   Date Rcvd: Nov 23, 2010
Case: 10-03323                Form ID: pdf006              Total Noticed: 43

The following entities were noticed by first class mail on Nov 25, 2010.
db           +Keiara M Harper,   10332 South Parkside, Unit 6,   Oak Lawn, IL 60453-4577
aty          +Catherine Kim,   Robert J Semrad & Associates,   20 S. Clark St.,   28th Floor,
               Chicago, IL 60603-1811
aty          +Danielle B Tubay,   Robert J Semrad & Assoc.,   20 South Clark, 28th Floor,
               Chicago, IL 60603-1811
aty          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty          +Joseph R Curcio,   Curcio Law Offices,   161 North Clark Street,   Suite 2550,
               Chicago, IL 60601-3246
aty          +Robert B Katz,   Springer Brown Covey Gaetner & Davis,   400 S County Farm Road Suite 330,
               Wheaton, IL 60187-4547
tr           +Robert B Katz, ESQ,   Law Offices Of Robert B Katz,   53 West Jackson Blvd,   Suite 1320,
               Chicago, IL 60604-4174
15336147     +AT&T,   Bankruptcy Department,   PO Box 769,   Arlington TX 76004-0769
15027438     +Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,   Kennesaw, GA 30144-3672
15259696     +Aaron's, Inc.,   2800 Canton Road, Suite 900,   Marietta, GA 30066-5477
15027439     +Advance America,   4078 SW Highway,   Hometown, IL 60456-1134
15336193     +Advocate Health Centers,   21014 NEtwork Place,   Chicago, IL 60673-0001
15027440     +Americash,   7460 S Cicero,   Bedford Park, IL 60629-5819
15156015      Americash Loans LLC,   880 Street Des Plaines, IL 60016#302
15336194     +Apria HealthCare,   7353 Company Drive,   Indianapolis, IN 46237-9274
15530765     +Bank of America NA,   Recovery Management,   11333 McCormick Rd,   Hunt Valley, MD 21031-1001
15336148     +City of Chicago,   Department of Revenue,   Bureau of Parking Bankruptcy,
               121 N LaSalle St Room 107A,   Chicago IL 60602-1232
15263371     +City of Chicago Department of Revenue,   c/o Arnold Scott Harris PC.,
               222 Merchandise Mart Plaza #1932,   Chicago, IL 60654-1420
15027443     +City of Chicago Parking Tickets,   121 N. LaSalle Street, ROOM 107A,   Chicago, IL 60602-1232
15027444     +Clifton Harper,   10136 South Prospect, Unit 1,   Chicago, IL 60643-2164
15336195     +Consultants in Cardiology,   P O Box 66973,   Slot 30251,   Chicago, IL 60666-0973
15027445     +Dr/bond Coll,   Po Box 498609,   Cincinnati, OH 45249-8609
15027446      First Premier Bank,   P.O. Box 5147,   Sioux Falls, SD 57117-5147
15027449    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,   Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114)
15027447     +Illinois Collection Se,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
15027448     +Illinois Tollway,   2700 Ogden Ave,   Downers Grove, IL 60515-1703
15336196     +Illinois Tollway Authority,   Attn Legal Nancy Cordero,   2700 Ogden Ave,
               Downers Grove, IL 60515-1703
15336197     +Integrity Financial Partners,   4370 W 109th Street Suite 100,   Overland Park, KS 66211-1316
15027452    ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: Nco Fin/27,   Po Box 7216,   Philadelphia, PA 19101)
15027451     +Malcom S Gerald and Associates,   332 S. Michigan Avenue, Suite 600,   Chicago, IL 60604-4318
15027453      PLS,   9902 W. Western,   Chicago, IL 60643
15336198     +Parkview Orthopedic Group,   7600 W College Dr,   Palos Heights, IL 60463-1001
15255738     +Premier BankCard/Charter,   Post Office Box 2208,   Vacaville, CA 95696-8208
15093721     +Receivables Management Inc RMI Mortg,   MCSI,   Attn Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
15027454     +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
15027459     +Santander Consumer Usa,   8585 N Stemmons Fwy Ste,   Dallas, TX 75247-3836
15403760     +Sterling Inc. dba Kay Jewelers,   c/o Weltman, Weinberg & Reis, Co., LPA,   965 Keynote Circle,
               Brooklyn Hts, OH 44131-1829
15027460     +Willow Hill Apartments,   8712 South 87th Terrace,   Justice, IL 60458-2079

The following entities were noticed by electronic transmission on Nov 24, 2010.
15949208      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2010 01:44:01
               American Infosource Lp As Agent for,   Apria Healthcare,   PO Box 248838,
               Oklahoma City, OK  73124-8838
15027441     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
15689675     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance, LLC,
               assignee BALLY TOTAL FITNESS,   PO Box 2036,   Warren, MI 48090-2036
15027450     +E-mail/Text: ebnsterling@weltman.com                             Kay Jewelers,   375 Ghent Rd,
               Akron, OH 44333-4600
15221683     +E-mail/Text: vnewman@acsigroup.net                             RentDebt Automated Collections, LLC,
               for The Laurels of Willow Hill,   P.O. Box 17423,   Nashville, TN 37217-0423
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15027455*    +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
15027456*    +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
15027457*    +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
15027458*    +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 2            Date Rcvd: Nov 23, 2010
Case: 10-03323                 Form ID: pdf006            Total Noticed: 43

15027442    ##+AT & T,    PO Box 8105,    Aurora, IL 60507-8105
                                                                                       TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2010**                    **Signature:**     _Joseph Speetjens_