# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
HARPER, KEIARA M                          §        Case No. 10-03323
                                          §
_____Debtor(s)_____       §_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on         , and it was converted to chapter 7 on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Keiara M. Harper |  |  |  |
|  |  |  |  |
| KEIARA M HARPER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007B | AARON'S, INC. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | STERLING INC. DBA KAY JEWELERS | | | | | |
| | ADVANCE AMBULANCE | | | | | |
| | ADVOCATE CHRIST HOSPITAL | | | | | |
| | OAKLAWN RADIOLOGY | | | | | |
| | SUPERIOR AIR GROUND AMBULANCE SERVI | | | | | |
| | PRT AS ASSIGNEE OF THE CITY OF CHIC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| DAVID BROWN | | | | | |
| JOSEPH R. CURCIO | | | | | |
| JOSEPH R. CURCIO | | | | | |
| JOSEPH R. CURCIO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. CURCIO | | | | | |
| ROBERT J. SEMRAD & ASSOCIATS | | | | | |
| ROBERT J. SEMRAD & ASSOCIATS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T PO Box 8105 Aurora, IL 60507 | | | | | |
| | Aaron Sales & Lease Ow 1015 Cobb Place Blvd Nw Kennesaw, GA 30144 | | | | | |
| | Advance America 4078 SW Highway Hometown, IL 60456 | | | | | |
| | Advocate Health Centers 21014 NEtwork Place Chicago, IL 60673-1210 | | | | | |
| | Americash 7460 S Cicero Bedford Park, IL 60629 | | | | | |
| | Apria HealthCare 7353 Company Drive Indianapolis, IN 46237 | | | | | |
| | Asset Acceptance P.O. Box 2036 Warren, MI 48090 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Parking Tickets 121 N. LaSalle Street, ROOM 107A Chicago, IL 60602 | | | | | |
| | Consultants in Cardiology PO Box 66973 Slot 30251 Chicago, IL 60666 | | | | | |
| | Dr/bond Coll Po Box 498609 Cincinnati, OH 45249 | | | | | |
| | First Premier Bank P.O. Box 5147 Sioux Falls, SD 57117-5147 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Tollway Authority Attn: Legal Nancy Cordero 2700 Ogden Ave Downers Grove, IL 60515 | | | | | |
| | Integrity Financial Partners 4370 W. 109th Street, Suite 100 Overland Park, KS 66211 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcom S Gerald and Associates 332 S. Michigan Avenue, Suite 600 Chicago, IL 60604 | | | | | |
| | Nco Fin/27 Po Box 7216 Philadelphia, PA 19101 | | | | | |
| | PLS 9902 W. Western Chicago, IL 60643 | | | | | |
| | Parkview Orthopedic Group 7600 W College Dr Palos Heights, IL 60463 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Willow Hill Apartments 8712 South 87th Terrace Justice, IL 60458 | | | | | |
| 000007A | AARON'S, INC. | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICASH LOANS LLC | | | | | |
| 000012 | ASSET ACCEPTANCE, LLC | | | | | |
| 000011 | BANK OF AMERICA NA | | | | | |
| 000008 | CITY OF CHICAGO DEPARTMENT OF REVEN | | | | | |
| 000002A | DEPARTMENT OF THE TREASURY | | | | | |
| 000005 | ILLINOIS TOLLWAY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | PLS | | | | | |
| 000006 | PREMIER BANKCARD/CHARTER | | | | | |
| 000001 | RECEIVABLES MANAGEMENT INC RMI MORT | | | | | |
| 000004 | RENTDEBT AUTOMATED COLLECTIONS, LLC | | | | | |
| | AARON'S, INC. | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICASH LOANS LLC | | | | | |
| | ASSET ACCEPTANCE, LLC | | | | | |
| | BANK OF AMERICA NA | | | | | |
| | CITY OF CHICAGO DEPARTMENT OF REVEN | | | | | |
| | DEPARTMENT OF THE TREASURY | | | | | |
| | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ILLINOIS TOLLWAY |  |  |  |  |  |
|  | PLS |  |  |  |  |  |
|  | PREMIER BANKCARD/CHARTER |  |  |  |  |  |
|  | RECEIVABLES MANAGEMENT INC RMI MORT |  |  |  |  |  |
|  | RENTDEBT AUTOMATED COLLECTIONS, LLC |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 10-03323 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | HARPER, KEIARA M | | |

For Period Ending:  03/31/13

| Trustee Name: | Robert B. Katz, Trustee |
| Date Filed (f) or Converted (c): | 03/26/10 (c) |
| 341(a) Meeting Date: | 04/23/10 |
| Claims Bar Date: | 08/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Injury Settlement | 15,000.00 | 448,742.62 | | 448,742.62 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 88.33 | FA |
| 3. CHECKING ACCOUNT | 105.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS | 900.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 9. 2007 Dodge Charger | 10,600.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $28,505.00 | $448,742.62 | | $448,830.95 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report was approved and funds were disbursed.  After considerable effort to identify the recipient of a

non-negotiated check and the reissue of that check, trustee stopped payment and submitted those funds to the court.

Trustee will file a final account.

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 12/31/10

Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-03323  -ABG |
| Case Name: | HARPER, KEIARA M |
| Taxpayer ID No: | *******8085 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2075  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/10 | 1 | Treasurer of the City of Chicago | PI Settlement | 1142-000 | 448,742.62 | | 448,742.62 |
| 07/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 7.62 | | 448,750.24 |
| 08/20/10 | 000101 | JOSEPH R. CURCIO | Per court order 8/18/10 | 1142-000 | | 170,107.33 | 278,642.91 |
| | | Curcio Law offices | | | | | |
| | | 161 N. Clark St. | | | | | |
| | | Suite 2550 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| | | | Fees            148,846.83 | 3210-600 | | | |
| | | | Expenses       21,260.50 | 3220-610 | | | |
| 08/20/10 | 000102 | Keiara M. Harper | DEBTOR'S EXEMPTION | 8100-002 | | 15,000.00 | 263,642.91 |
| | | 10332 South Parkside, Unite 6 | | | | | |
| | | Oak Lawn, IL 60453 | | | | | |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 23.57 | | 263,666.48 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 15.17 | | 263,681.65 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 15.67 | | 263,697.32 |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate  0.070 | 1270-000 | 15.17 | | 263,712.49 |
| 12/23/10 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 11.13 | | 263,723.62 |
| 12/23/10 | | Transfer to Acct #*******2169 | Final Posting Transfer | 9999-000 | | 263,723.62 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 448,830.95 | 448,830.95 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 263,723.62 | |
| Subtotal | 448,830.95 | 185,107.33 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 448,830.95 | 170,107.33 | |

Page Subtotals          448,830.95          448,830.95

Ver: 17.01

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          10-03323  -ABG
Case Name:     HARPER, KEIARA M

Taxpayer ID No:  *******8085
For Period Ending: 03/31/13

Trustee Name:            Robert B. Katz, Trustee
Bank Name:               BANK OF AMERICA
Account Number / CD #:   *******2169  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/10 | | Transfer from Acct #*******2075 | Transfer In From MMA Account | 9999-000 | 263,723.62 | | 263,723.62 |
| 12/23/10 | 000101 | David Brown | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,632.50 | 261,091.12 |
| | | Springer, Brown, Covey, Gaertner & Davis | | | | | |
| | | 400 South County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 12/23/10 | 000102 | Robert J. Semrad & Associats | Attorney for Debtor Fees | | | 3,489.00 | 257,602.12 |
| | | 20 S. Clark St. | | | | | |
| | | 28th Floor | | | | | |
| | | Chicago, IL 60603 | | | | | |
| | | | Fees        3,125.00 | 3701-000 | | | |
| | | | Expenses      364.00 | 3702-000 | | | |
| 12/23/10 | 000103 | ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-000 | | 14,481.67 | 243,120.45 |
| | | 53 W. Jackson | | | | | |
| | | Suite 1320 | | | | | |
| | | Chicago, IL  60604 | | | | | |
| 12/23/10 | 000104 | Department of the Treasury | Claim 000002B, Payment 100.23365% | | | 10,514.76 | 232,605.69 |
| | | Internal Revenue Service | | | | | |
| | | PO Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |
| | | | Claim        10,490.25 | 5800-000 | | | |
| | | | Interest        24.51 | 7990-000 | | | |
| * 12/23/10 | 000105 | Advocate Christ Hospital | Personal Prop & Intang - Non Consen | 4220-004 | | 3,294.00 | 229,311.69 |
| | | c/o Randall Gelb | | | | | |
| | | 3101 W. 95th St | | | | | |
| | | Evergreen Park, IL 60805 | | | | | |
| * 12/23/10 | 000106 | Advance Ambulance | Personal Prop & Intang - Non Consen | 4220-004 | | 411.00 | 228,900.69 |
| | | c/o Randall Gelb | | | | | |
| | | 3101 W. 95th St | | | | | |

Page Subtotals          263,723.62          34,822.93

Ver: 17.01

Page:   3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-03323  -ABG |
| Case Name: | HARPER, KEIARA M |
| Taxpayer ID No: | *******8085 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2169  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/23/10 | 000107 | Evergreen Park, IL 60805 PRT as Assignee of the City of Chicago PO Box 450279 Sunrise, FL 33345-9998 | Personal Prop & Intang - Non Consen | | 4220-004 | | 481.00 | 228,419.69 |
| 12/23/10 | 000108 | Oaklawn Radiology c/o Trustmark Recovery Services 541 Otis Bowen Drive Munster, IN 46321 | Personal Prop & Intang - Non Consen | | 4220-000 | | 35.00 | 228,384.69 |
| 12/23/10 | 000109 | Superior Air Ground Ambulance Service 395 West Lake Street Elmhurst, IL 60126 | Personal Prop & Intang - Non Consen | | 4220-000 | | 141.33 | 228,243.36 |
| 12/23/10 | 000110 | Receivables Management Inc RMI Mortg MCSI Attn Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | Claim 000001, Payment 100.23304% | | | | 1,152.68 | 227,090.68 |
| | | | Claim   1,150.00 | | 7100-000 | | | |
| | | | Interest   2.68 | | 7990-000 | | | |
| 12/23/10 | 000111 | Department of the Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Claim 000002A, Payment 100.23364% | | | | 1,102.57 | 225,988.11 |
| | | | Claim   1,100.00 | | 7100-000 | | | |
| | | | Interest   2.57 | | 7990-000 | | | |
| 12/23/10 | 000112 | Americash Loans LLC 880 Street Des Plaines, IL 60016#302 | Claim 000003, Payment 100.23361% | | | | 647.89 | 225,340.22 |
| | | | Claim   646.38 | | 7100-000 | | | |
| | | | Interest   1.51 | | 7990-000 | | | |
| 12/23/10 | 000113 | RentDebt Automated Collections, LLC | Claim 000004, Payment 100.23372% | | | | 4,172.81 | 221,167.41 |

Page Subtotals                 0.00        7,733.28

Ver: 17.01

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-03323  -ABG |
| Case Name: | HARPER, KEIARA M |
| Taxpayer ID No: | *******8085 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2169  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | for The Laurels of Willow Hill<br>P.O. Box 17423<br>Nashville, TN 37217 | | | | | |
| | | | Claim     4,163.08<br>Interest     9.73 | 7100-000<br>7990-000 | | | |
| 12/23/10 | 000114 | Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515 | Claim 000005, Payment 100.23363% | | | 5,354.28 | 215,813.13 |
| | | | Claim     5,341.80<br>Interest     12.48 | 7100-000<br>7990-000 | | | |
| 12/23/10 | 000115 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | Claim 000006, Payment 100.23375% | | | 493.13 | 215,320.00 |
| | | | Claim     491.98<br>Interest     1.15 | 7100-000<br>7990-000 | | | |
| 12/23/10 | 000116 | Aaron's, Inc.<br>2800 Canton Road, Suite 900<br>Marietta, GA 30066 | Claim 000007A, Payment 100.23411% | | | 903.41 | 214,416.59 |
| | | | Claim     901.30<br>Interest     2.11 | 7100-000<br>7990-000 | | | |
| 12/23/10 | 000117 | City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1932<br>Chicago, IL 60654 | Claim 000008, Payment 100.23367% | | | 1,325.49 | 213,091.10 |
| | | | Claim     1,322.40<br>Interest     3.09 | 7100-000<br>7990-000 | | | |
| 12/23/10 | 000118 | PLS<br>9902 W. Western<br>Chicago, IL 60643 | Claim 000009, Payment 100.23353% | | | 2,703.98 | 210,387.12 |

| | | | Page Subtotals | | 0.00 | 10,780.29 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-03323  -ABG |
|---|---|
| Case Name: | HARPER, KEIARA M |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2169  Checking Account (Non-Interest Earn |

| Taxpayer ID No: | *******8085 |
|---|---|
| For Period Ending: | 03/31/13 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim | 2,697.68 | 7100-000 | | | |
| | | | Interest | 6.30 | 7990-000 | | | |
| 12/23/10 | 000119 | Bank of America NA Recovery Management 11333 McCormick Rd Hunt Valley, MD 21031 | Claim 000011, Payment 100.23093% | | | | 251.74 | 210,135.38 |
| | | | Claim | 251.16 | 7100-000 | | | |
| | | | Interest | 0.58 | 7990-000 | | | |
| 12/23/10 | 000120 | Asset Acceptance, LLC assignee BALLY TOTAL FITNESS PO Box 2036 Warren, MI 48090 | Claim 000012, Payment 100.23226% | | | | 422.93 | 209,712.45 |
| | | | Claim | 421.95 | 7100-000 | | | |
| | | | Interest | 0.98 | 7990-000 | | | |
| 12/23/10 | 000121 | American Infosource Lp As Agent for Apria Healthcare PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000013, Payment 100.23428% | | | | 889.89 | 208,822.56 |
| | | | Claim | 887.81 | 7100-000 | | | |
| | | | Interest | 2.08 | 7990-000 | | | |
| 12/23/10 | 000122 | KEIARA M HARPER 10332 SOUTH PARKSIDE, UNIT 6 OAK LAWN, IL  60453 | Surplus Funds | | 8200-002 | | 208,822.56 | 0.00 |
| * 04/14/11 | 000105 | Advocate Christ Hospital c/o Randall Gelb 3101 W. 95th St Evergreen Park, IL 60805 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | | 4220-004 | | -3,294.00 | 3,294.00 |
| * 04/14/11 | 000106 | Advance Ambulance c/o Randall Gelb | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | | 4220-004 | | -411.00 | 3,705.00 |

| | | Page Subtotals | 0.00 | 206,682.12 |
|---|---|---|---|---|

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Page:   6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-03323  -ABG | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HARPER, KEIARA M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2169  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8085 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3101 W. 95th St | | | | | |
| | | Evergreen Park, IL 60805 | | | | | |
| *  04/14/11 | 000107 | PRT as Assignee of the City of Chicago | Stop Payment Reversal | 4220-004 | | -481.00 | 4,186.00 |
| | | PO Box 450279 | STOP PAY ADD SUCCESSFUL | | | | |
| | | Sunrise, FL 33345-9998 | | | | | |
| 06/10/11 | 000123 | Advocate Christ Hospital | | 4220-000 | | 3,294.00 | 892.00 |
| | | ttn: Anedera Kerr | | | | | |
| | | 4440 W. 95th St. | | | | | |
| | | Ste 106 South | | | | | |
| | | Oak Lawn, IL 60453 | | | | | |
| 06/10/11 | 000124 | Advance Ambulance | | 4220-000 | | 411.00 | 481.00 |
| | | P.O. Box 5988 | | | | | |
| | | Carol Stream, IL 60197 | | | | | |
| *  06/10/11 | 000125 | Progressive Recovery Techniques | File #85000-1257715 | 4220-003 | | 481.00 | 0.00 |
| | | As assignee for the City of Chicago | | | | | |
| | | 2960 Baker Dr. | | | | | |
| | | Springfield, IL 62703 | | | | | |
| *  12/14/11 | 000125 | Progressive Recovery Techniques | File #85000-1257715 | 4220-003 | | -481.00 | 481.00 |
| | | As assignee for the City of Chicago | | | | | |
| | | 2960 Baker Dr. | | | | | |
| | | Springfield, IL 62703 | | | | | |
| 12/14/11 | 000126 | United States Bankruptcy Court | File #85000-1257715 | 4220-001 | | 481.00 | 0.00 |
| | | 219 S. Dearborn | | | | | |
| | | Chicago, IL 60604 | | | | | |

| | | | Page Subtotals | | 0.00 | 3,705.00 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-03323  -ABG | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HARPER, KEIARA M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2169  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8085 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 263,723.62 | 263,723.62 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 263,723.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 263,723.62 | |
| | | | Less:  Payments to Debtors | | | 208,822.56 | |
| | | | Net | | 0.00 | 54,901.06 | |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | Money Market Account (Interest Earn - *******2075 | 448,830.95 | 170,107.33 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******2169 | 0.00 | 54,901.06 | 0.00 |
| | | | ------------------------- | ------------------------- | ------------------------- |
| | | | 448,830.95 | 225,008.39 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____   Date: 04/20/13

/s/    Robert B. Katz, Trustee

ROBERT B. KATZ, TRUSTEE

Page Subtotals          0.00          0.00

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 19)*